JS6 Entered

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,

vs.

THERESA GONZALEZ, WARDEN,

    Respondent.

Case No. SACV 11-0462-DDP (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: AUG 16 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE